Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-101

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title ─────────────────────

**Title of Work:** GC001 Rudolph Baubles

## Completion/Publication ─────────────

**Year of Completion:** 2018
**Date of 1st Publication:** July 05, 2018
**Nation of 1st Publication:** United Kingdom

## Author ───────────────────

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant ─────────────

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions ─────────────

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification ─────────────────



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-464

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:**  M122 Butterfly Flight

## Completion/Publication

**Year of Completion:**  2013
**Date of 1st Publication:**  September 09, 2013
**Nation of 1st Publication:**  United Kingdom

## Author

- **Author:**  Bug Art Limited
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Domiciled in:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:**  Bug Art Limited
**Email:**  annecrowther@btinternet.com
**Address:**  Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-074

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

## Title _____

**Title of Work:** E034 Colourful Butterflies

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** November 09, 2016
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions _____

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification _____



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-105

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H007 Two Lovecats

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 17, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-388-916

**Effective Date of Registration:**
January 26, 2024
**Registration Decision Date:**
April 01, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | D177 Tropical Hummingbird |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 09, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-905

**Effective Date of Registration:**
January 26, 2024
**Registration Decision Date:**
March 30, 2024

---

## Title ────────────────────

**Title of Work:** E014 Indian Elephants

## Completion/Publication ────────

**Year of Completion:** 2006
**Date of 1st Publication:** December 06, 2006
**Nation of 1st Publication:** United Kingdom

## Author ───────────────────

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant ─────────────

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions ──────────

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification ──────────────────

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-390-635

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024



---

## Title

**Title of Work:** A022 Cat Cushions

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 09, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-637

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024

---

## Title

**Title of Work:** A037 Kitten Post

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 26, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-106**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H008 Chintz Cat

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 17, 2015
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-109

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H031 Branch Kitty

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 03, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
 **Author Created:** 2-D artwork
 **Work made for hire:** Yes
 **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-392-462

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title
    Title of Work: KC002 Mountain Stag

## Completion/Publication
         Year of Completion: 2022
    Date of 1st Publication: May 05, 2022
    Nation of 1st Publication: United Kingdom

## Author
    • Author: Bug Art Limited
    Author Created: 2-D artwork
    Work made for hire: Yes
    Domiciled in: United Kingdom

## Copyright Claimant
    Copyright Claimant: Bug Art Limited
    Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
    United Kingdom

## Rights and Permissions
    Organization Name: Bug Art Limited
    Email: annecrowther@btinternet.com
    Address: Brierley Farm, Mill Lane
    Brockhurst, Ashover
    Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-850

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title _____

**Title of Work:** D188 Garden Butterfly

## Completion/Publication _____

**Year of Completion:** 2020
**Date of 1st Publication:** December 14, 2020
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions _____

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification _____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-070

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** DC035 Cat & Robins

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 24, 2021
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-395-111

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title
| | |
|---|---|
| **Title of Work:** | H035 Garden Kitties |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 17, 2020 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
| | |
|---|---|
| • **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-463

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** M082 Dragonfly in a Swirl

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** October 29, 2007
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-390-634**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024

## Title

**Title of Work:** A010 Blue Meadow

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 06, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-638

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024

---

## Title
 

**Title of Work:** B033 Delphiniums

## Completion/Publication
 

**Year of Completion:** 2019
**Date of 1st Publication:** July 26, 2019
**Nation of 1st Publication:** United Kingdom

## Author
 

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions
 

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-848

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title

**Title of Work:** B051 Allium Garden

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 06, 2022
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-639

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024

---

## Title
**Title of Work:** B044 Orange Roses

## Completion/Publication
**Year of Completion:** 2022
**Date of 1st Publication:** April 07, 2022
**Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant
**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions
**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-846

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title
_____

Title of Work: B045 Forget-Me-Nots

## Completion/Publication
_____

Year of Completion: 2022
Date of 1st Publication: April 06, 2022
Nation of 1ˢᵗ Publication: United Kingdom

## Author
_____

- Author: Bug Art Limited
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United Kingdom

## Copyright Claimant
_____

Copyright Claimant: Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions
_____

Organization Name: Bug Art Limited
Email: annecrowther@btinternet.com
Address: Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-915

**Effective Date of Registration:**
January 26, 2024
**Registration Decision Date:**
April 01, 2024

---

## Title

**Title of Work:** D183 Owl Couple

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 10, 2018
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-901

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** MC045 Santa's Team

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 10, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-097

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title
_____

Title of Work: G013 Binky Bunny

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: December 05, 2017
Nation of 1st Publication: United Kingdom

## Author
_____

- Author: Bug Art Limited
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United Kingdom

## Copyright Claimant
_____

Copyright Claimant: Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions
_____

Organization Name: Bug Art Limited
Email: annecrowther@btinternet.com
Address: Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification
_____



# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-849

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title

**Title of Work:** D148 Poppy Meadow

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** July 06, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-902

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** MC049 Christmas Owl

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 05, 2018
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-102

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | GC003 Owl Baubles |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 05, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **• Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-110

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H032 Books Kitty

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 03, 2020
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-104**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** GC009 Kitten Antlers

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 05, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-108

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** H019 Bike Cat

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 24, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-392-465**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** M148 Happy Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 19, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-855

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title ────────────────────────────

**Title of Work:** DC016 Moon Cat

## Completion/Publication ──────────────

**Year of Completion:** 2014
**Date of 1st Publication:** May 13, 2014
**Nation of 1st Publication:** United Kingdom

## Author ────────────────────────────

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant ──────────────────

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions ──────────────

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification ──────────────────────

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-852

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title
 
**Title of Work:** D191 Peacock

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 27, 2021
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-094

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** G006 Connie Cow

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 05, 2017
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-636

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 15, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A034 Cats on a Wall |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 26, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-903

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** MC061 Santa Gazing

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 27, 2022
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-073

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title _____

Title of Work: E031 Bright Ornamental

## Completion/Publication _____

Year of Completion: 2012
Date of 1st Publication: September 25, 2012
Nation of 1st Publication: United Kingdom

## Author _____

Author: Bug Art Limited
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United Kingdom

## Copyright Claimant _____

Copyright Claimant: Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions _____

Organization Name: Bug Art Limited
Email: annecrowther@btinternet.com
Address: Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification _____

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-075**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | E035 Four Owls |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 15, 2016 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification

---

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-100

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | G034 Hesper Hare |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 19, 2020 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Bug Art Limited |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bug Art Limited |
| | Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bug Art Limited |
| **Email:** | annecrowther@btinternet.com |
| **Address:** | Brierley Farm, Mill Lane |
| | Brockhurst, Ashover |
| | Chesterfield, Derbys S45 0HS United Kingdom |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-103

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
May 23, 2024

---

## Title

**Title of Work:** GC006 Penguin Skater

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 05, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Bug Art Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Bug Art Limited
Brierley Farm, Mill Lane, Brockhurst, Ashover, Chesterfield, Derbys, S45 0HS,
United Kingdom

## Rights and Permissions

**Organization Name:** Bug Art Limited
**Email:** annecrowther@btinternet.com
**Address:** Brierley Farm, Mill Lane
Brockhurst, Ashover
Chesterfield, Derbys S45 0HS United Kingdom

## Certification

